| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:97:CR:153-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Desmond Wade Chicago, IL 60649 | DISTRICT WESTERN DISTRICT OF MICHIGAN | DIVISION Southern |
|---|---|---|

JUDGE KENDALL

MAGISTRATE JUDGE NOLAN

| | NAME OF SENTENCING JUDGE Hon. Gordon J. Quist, U.S. District Judge | |
|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/23/06 | TO 03/22/11 |

08CR 0174

| OFFENSE | | |
|---|---|---|
| Possession With Intent to Distribute a Quantity of Cocaine Base (Crack Cocaine); 21:841(a)(1) | | |

**FILED**
J .N
FEB 2 5 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JAN 2 8 2008

_____
*Date*

_____
Hon. Gordon J. Quist
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF ILLINOIS"

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008

_____
*Effective Date*

_____
Hon.
*United States District Judge*