# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 174 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Desmond Wade | | |

**DOCKET ENTRY TEXT**

Rule to Show Cause hearing held as to defendant Desmond Wade. Attorney Matthew Madden appointed as counsel for Defendant. The Court finds that there is insufficient evidence to find that a violation has occurred. Defendant is admonished to abide by the conditions of probation. Rule to Show Cause is dismissed.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | KW |
|---|---|---|